UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| DETRUS TERRELL,<br><br>      Plaintiff,<br><br>v.<br><br>ABILITY RECOVERY SERVICES, LLC; and WALDEN UNIVERSITY,<br><br>      Defendants. | Case No. 2:14-cv-14135<br>Honorable Matthew F. Leitman |

## STIPULATED ORDER OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, as evidenced through the signatures of their undersigned counsel, stipulate and agree that the above-captioned action be dismissed in its entirety and with prejudice. The parties further agree that each side shall bear their own attorney's fees and costs in this action.

   **IT IS SO ORDERED.**

                              /s/Matthew F. Leitman
                              MATTHEW F. LEITMAN
                              UNITED STATES DISTRICT JUDGE

Dated:  September 10, 2015

1

Respectfully Submitted,

/s/ Stephen A. Thomas (w/consent)  
STEPHEN A. THOMAS, PLC  
645 Griswold Street, Suite 1360  
Detroit, MI 48226  
313-965-2265  
sthomas@313965bank.com  
*Counsel for Plaintiff*

/s/ Charity A. Olson  
OLSON LAW GROUP  
2723 S. State St., Suite 150  
Ann Arbor, MI 48104  
(734) 222-5179  
colson@olsonlawpc.com  
*Counsel for Ability Recovery Services, LLC*

/s/ Jonathan C. Myers (w/consent)  
JAFFE, RAITT, HEUER & WEISS, P.C.  
Attorneys for Defendant Walden  
27777 Franklin Road, Suite 2500  
Southfield, MI 48034  
(248) 351-3000  
jmyers@jaffelaw.com  
*Counsel for Walden University*

Dated: August 25, 2015